**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

KENDAL T. READUS,

        **Plaintiff,**

        **v.**                          **Case No. 25-C-1758**

SVETLANA CASTILLO et al.,

        **Defendants.**

## DECISION AND ORDER GRANTING DEFENDANT SVETLANA CASTILLO'S MOTION FOR SUMMARY JUDGMENT AND GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Plaintiff Kendal T. Readus, who is housed at the Kenosha County Jail, is representing himself in this 42 U.S.C. § 1983 action. Plaintiff is proceeding on Fourteenth Amendment claims against Defendants Nurse Svetlana Castillo, Nurse Shiann Daniel, NP Kathleen Summers, Maria Pineda, Mage Neave, Medical Director Biji Joseph, and Suzanna Girard based on allegations that they failed to provide proper medical care for his swollen foot and toe. On April 1, 2026, Nurse Castillo filed a motion for summary judgment on the ground that Plaintiff did not exhaust the available administrative remedies against her before he initiated this action. Dkt. No. 21. In a notice and order, the court warned Plaintiff that, if he failed to respond to the motion by the deadline, the court would accept all facts asserted by Nurse Castillo as undisputed, which would likely result in summary judgment being granted in her favor. Dkt. No. 27. Plaintiff's response to Nurse Castillo's motion for summary judgment was due June 1, 2026. *See* Dkt. No. 39 at 3 n.1. The deadline has passed, and Plaintiff did not respond to Nurse Castillo's motion or explain why he was unable to do so.

The court has reviewed Nurse Castillo's motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that Nurse Castillo is entitled to summary judgment, *see* Fed. R. Civ. P. 56(e)(3). Based on the proposed findings of fact submitted by Nurse Castillo and deemed as true as a result of Plaintiff not responding to the motion or disputing the proposed findings of fact, the court finds that Plaintiff did not exhaust the available administrative remedies against Nurse Castillo before he filed this case. Nurse Castillo is therefore entitled to summary judgment. *See* 42 U.S.C. § 1997e(a); *Dole v. Chandler*, 438 F.3d 804, 809 (7th Cir. 2006) ("This circuit has taken a strict compliance approach to exhaustion.").

On June 5, 2026, Plaintiff filed a motion requesting that discovery deadlines be extended in this case.[1] The discovery deadline is September 1, 2026, and dispositive motions are due October 2, 2026. Plaintiff asserts that he needs an extension of at least six months to send subpoenas and review videos and paper documents. He states that he will be sentenced in his state criminal proceedings on July 22, 2026, and will be transferred to a new institution. *See* Dkt. No. 48. On May 4, 2026, the court granted Plaintiff's motion to file an amended complaint and add defendants. The court screened the complaint and allowed Plaintiff to proceed on claims against new defendants. Dkt. No. 39. As a result of the addition of the new defendants, the court will extend case deadlines. The court will not, however, extend deadlines by six months. Defendants are entitled to a timely resolution of the claims against them.

Defendants may file a motion for summary judgment on the ground that Plaintiff failed to exhaust the available administrative remedies no later than September 30, 2026. Discovery is to

---

[1] Plaintiff did not specify in his motion that he needed additional information on the issue of exhaustion, and Nurse Castillo provided all documents relevant to that issue with her motion.

be completed no later than February 1, 2027.  Parties may file motions for summary judgment on the merits no later than March 3, 2027.

**IT IS THEREFORE ORDERED** that Nurse Castillo's motion for summary judgment (Dkt. No. 21) is **GRANTED**.  Plaintiff's claims against Nurse Castillo are dismissed without prejudice.  Nurse Castillo is terminated as a defendant from this action.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an extension of time (Dkt. No. 48) is **GRANTED**.  Defendants may file a motion for summary judgment on the ground that Plaintiff failed to exhaust the available administrative remedies no later than September 30, 2026. Discovery is to be completed no later than February 1, 2027.  Parties may file motions for summary judgment on the merits no later than March 3, 2027.

Dated at Green Bay, Wisconsin this 16th day of June, 2026.

_____
William C. Griesbach
United States District Judge