**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KENDAL T. READUS,**

**Plaintiff,**

**v.** **Case No. 25-C-1758**

**KATHLEEN SUMMERS,**
**SHIANN DANIEL,**
**SUZANNA GIRARD,**
**MAGE NEAVE,**
**BIJI JOSEPH, and**
**MARIA PINEDA,**

**Defendants.**

---

# ORDER GRANTING DEFENDANTS' LETTER REQUEST TO ACCEPT AMENDED MOTION FOR SUMMARY JUDGMENT AS TIMELY

---

Plaintiff Kendal T. Readus is currently incarcerated at Dodge Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on Fourteenth Amendment claims against Defendants Kathleen Summers, Shiann Daniel, Suzanna Girard, Mage Neave, Biji Joseph, and Maria Pineda based on allegations that they failed to provide proper medical care for his swollen foot and toe. The deadline to file motions for summary judgment on exhaustion grounds was September 30, 2026; the discovery deadline is February 1, 2027; and the dispositive motion deadline is March 3, 2027.

On September 30, 2026, Defendants filed a motion for summary judgment on exhaustion grounds (Dkt. No. 76). The next day, Defendants filed an amended motion for summary judgment (Dkt. No. 80). Defendants' counsel filed a letter explaining that the original motion for summary

judgment inadvertently omitted Daniel as a party and that Defendants refiled the motion to include Daniel. The letter requests that the Court accept the late filing and consider the refiled motion.

Defendants have shown good cause to accept the amended motion for summary judgment as timely filed. Defendants promptly filed their amended motion upon realizing that the original motion and supporting brief did not include arguments related to Daniel. Plaintiff will not be prejudiced by the amended filing because he has not yet responded to Defendants' motion. The Court will extend Plaintiff's deadline to respond to the amended motion for summary judgment.

**IT IS THEREFORE ORDERED** that Defendants' letter request to accept the amended motion for summary judgment as timely (Dkt. No. 85) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 76) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's response materials in opposition to Defendants' amended motion for summary judgment (Dkt. No. 80) are due **November 6, 2026**.

Dated at Green Bay, Wisconsin this 5th day of October, 2026.

William C. Griesbach
United States District Judge